

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00387-CV

**STATE OF TEXAS FOR THE PROTECTION OF R.F.**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-01450
Honorable Aaron Haas, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of the appeal are taxed against appellant.

SIGNED November 20, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice